# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 Cases |
| | ) | Case No. 08-12229 (MFW) |
| WASHINGTON MUTUAL, INC., et al.,[1] | ) ) | Jointly Administered |
| Debtors. | ) ) | **Re: Docket No. 4751** |

## COUNTER-STATEMENT OF ISSUES AND COUNTER-DESIGNATION OF RECORD ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Washington Mutual, Inc., et al. (collectively, the "Debtors"), by and through its undersigned co-counsel, submits the following counter-statement of issues and counter-designation of additional items to be included in the record for the appeal filed by the United States Trustee (the "U.S. Trustee" or "Appellant") from the *Order Denying Motion and Supporting Memorandum of the Official Committee of Equity Security Holders for the Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code*, entered by the United States Bankruptcy Court for the District of Delaware on May 5, 2010 [Docket No. 3663].

### COUNTER-STATEMENT OF ISSUES ON APPEAL

The Creditors' Committee adopts the Debtors' counter-statement of issues on appeal.

### COUNTER-DESIGNATION OF THE RECORD ON APPEAL

In addition to the items designated by Appellant and counter-designated by the Debtors, the Creditors' Committee designates the following to be included in the record on appeal:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Washington Mutual, Inc. (3725) and WMI Investment Corporation (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

1

1. Application to Employ Application of Debtors Pursuant to Sections 327(c) and 328(a) of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules for Authorization to Employ and Retain, Nunc Pro Tunc, McKee Nelson LLP as Special Tax Counsel Filed by Washington Mutual, Inc., filed 10/24/2008 [Docket No. 153]

2. Application to Employ Application of Debtors Pursuant to Section 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Gibson, Dunn & Crutcher LLP as Special Tax Counsel to the Debtors Nunc Pro Tunc to the Commencement Date Filed by Washington Mutual, Inc., filed 10/24/2008 [Docket No. 154]

3. Application to Employ and Retain Miller & Chevalier Chartered as Special Tax Litigation Counsel to the Debtors Nunc Pro Tunc to October 8, 2008 Filed by Washington Mutual, Inc., filed 11/07/2008 [Docket No. 257]

4. Application to Employ Debtors in Possession for Authorization to Employ and Retain Shearman & Sterling LLP as Special Tax Litigation Counsel to the Debtors Nunc Pro Tunc to October 8, 2008 Filed by Washington Mutual, Inc., filed 11/07/2008 [Docket No. 258]

5. Application to Employ Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code For an Order Authorizing the Retention and Employment of Grant Thornton LLP as Tax Advisors, Nunc Pro Tunc to October 9, 2008 Filed by Washington Mutual, Inc., filed 12/29/2008 [Docket No. 512]

6. Application to Employ Silverstein & Pomerantz LLP as Special Tax Counsel to the Debtors Filed by Washington Mutual, Inc., filed 02/13/2009 [Docket No. 685]

7. Application to Employ Debtors' Application Pursuant to Bankruptcy Code Sections 327(a) and 328(a) Authorizing the Employment and Retention of Domain Assets, LLC d/b/a Consor Intellectual Asset Management, Nunc Pro Tunc to March 12, 2009, as Intellectual Property Valuation Consultants to the Debtors Filed by Domain Assets, LLC d/b/a Consor Intellectual Asset Management, filed 03/13/2009 [Docket No. 765]

8. Supplemental Application to Employ (Debtors Supplemental Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code for Authorization to Employ and Retain Grant Thornton LLP as Tax Advisors to the Debtors, Nunc Pro Tunc to June 4, 2009) Filed by Washington Mutual, Inc., filed 06/04/2009 [Docket No. 1109]

9. Application to Employ Application of the Debtors Pursuant to Sections 327(e) and 328 (a) of the Bankruptcy Code for Authorization to Employ, Nunc Pro Tunc, Bingham McCutchen LLP as Special Tax Counsel Filed by Washington Mutual, Inc., filed 08/13/2009 [Docket No. 1492]

10. Reservation of Rights of the Official Committee of Unsecured Creditors of Washington Mutual, Inc., et al. with Respect to the Application of the Official Committee of Equity Security Holders for an Order Authorizing Employment and Retention of Peter J. Solomon Company as Financial Advisor and Consulting Expert, dated April 1, 2010 [Docket No. 2880]

11. Application to Employ/Retain Blackstone Advisory Partners L.P. as Financial Advisor to the Debtors Nunc Pro Tunc to April 9, 2010 and Motion to Shorten Notice Period with Respect Thereto Filed by Washington Mutual, Inc., filed 04/21/2010 [Docket No. 3557]

Dated: June 30, 2010

Respectfully Submitted,

**PEPPER HAMILTON LLP**

By: /s/ John H. Schanne, II
David B. Stratton (DE No. 960)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19801
Tel. (302) 777-6500
Fax (302) 421-8390

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Fred S. Hodara (admitted *pro hac vice*)
Robert A. Johnson (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Tel. (212) 872-1000
Fax (212) 872-1002

Attorneys for the Official Committee of Unsecured Creditors of Washington Mutual, Inc., *et al.*